1 **CAROL ANN MOSES #164193**
Attorney at Law
2 575 East Alluvial, Suite #105
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 513-8530
4 camoses@yosemitelawyer.com

5 Attorney for Defendant,
HECTOR QUINTERO-MERCADO
6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00318-LJO-SKO |
| Plaintiff, | |
| | **STIPULATION TO ADVANCE CHANGE OF PLEA AND SENTENCING HEARING; ORDER THEREON** |
| HECTOR QUINTERO MERCADO, | |
| Defendant. | **Date:** June 17, 2013, 8:30 AM |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Change of Plea and Sentencing Hearing in the above-referenced action now scheduled for June 24, 2013, at 1:30 p.m. is advanced to June 17, 2013, at 8:30 a.m.

///
///
///
///
///
///
///

STIPULATION TO ADVANCE
CHANGE OF PLEA AND SENTENCING
HEARING; [PROPOSED] ORDER THEREON

1

The advancement of the change of plea and sentencing hearing is being requested by the parties as the defendant has been in custody 3 months more than the statutory maximum.

Dated: June 13, 2013                    Respectfully submitted,


                                        By: /s/ Carol Ann Moses
                                            CAROL ANN MOSES
                                            Attorney for Defendant
                                            HECTOR QUINTERO MERCADO


Dated: June 13, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By: /s/ Kevin P. Rooney
                                            KEVIN P. ROONEY
                                            Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   June 14, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO ADVANCE
CHANGE OF PLEA AND SENTENCING
HEARING; [PROPOSED] ORDER THEREON
                                2