IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HECTOR QUINTERO MERCADO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:12-CR-318 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on June 17, 2013, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   June 17, 2013**          /s/  Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1